People v Graham (2025 NY Slip Op 04337)

People v Graham

2025 NY Slip Op 04337

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND NOWAK, JJ.

441 KA 23-00837

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
WALTER C. GRAHAM, DEFENDANT-APPELLANT. 

STEVEN D. SESSLER, GENESEO, FOR DEFENDANT-APPELLANT.
ASHLEY WILLIAMS, DISTRICT ATTORNEY, GENESEO, NEW YORK PROSECUTORS TRAINING INSTITUTE, ALBANY (BRIDGET RAHILLY STELLER OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Livingston County Court (Jennifer M. Noto, J.), rendered March 2, 2023. The judgment convicted defendant, upon a jury verdict, of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree, criminally using drug paraphernalia in the second degree (two counts) and aggravated unlicensed operation of a motor vehicle in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court